IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  13-cv-03508-RPM

MARK EVANS,

          Plaintiff,

v.

TYNAN'S NISSAN, INC., a Colorado Corporation conducting business in Colorado as
Tynan's Nissan,

          Defendant.

_____

ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

          Upon review of Plaintiff's Unopposed Motion to Amend Complaint [11] filed May

2, 2014, it is

          ORDERED that the motion is granted and the amended complaint attached

thereto is accepting for filing.

          Dated:   May 5th, 2014

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge