IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-03508-RPM

MARK EVANS,

    Plaintiff,

v.

TYNAN'S NISSAN, INC., a Colorado Corporation conducting business in Colorado as Tynan's Nissan.

    Defendant.

_____

## ORDER AMENDING SCHEDULING ORDER
_____

The Court, having reviewed Plaintiff's Joint Motion to Amend Scheduling Order to Extend Deadlines, and being apprised of its contents, hereby Grants the Motion and Orders the following:

    a. the deadline for the parties to serve expert disclosures for the party bearing the burden of persuasion is September 22, 2014.

    b. the deadline for the parties to serve expert disclosures for parties not bearing the burden of persuasion is October 22, 2014.

    c. the deadline for the parties to serve rebuttal experts is November 21, 2014.

    d. the discovery cut-off is December 5, 2014.

    e. the dispositive motions deadline is November 21, 2014.

Dated: August 4th, 2014

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge