IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-03508-RPM

MARK EVANS,

    Plaintiff,

v.

TYNAN'S NISSAN, INC., a Colorado Corporation conducting business in Colorado as Tynan's Nissan.

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [25], it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: December 16th, 2014

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge